█ LAVERNE B. DAVIS, Respondent, v. FAIRPORT SAVINGS & LOAN ASSOCIATION, Appellant.—

904

Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.